Troy Law, PLLC
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
Tel: (718) 762-1324
*Attorneys for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
DASHAWN JENKINS,

                      *Plaintiff,*      Case No.

            v.                  **NOTICE OF APPEARANCE**

OSMOSE UTILITIES SERVICES, INC.,
MARK PILOSKY,
MATT GLOVER,
DANIEL "DOE,"
DAMION WEST, and
COREY "DOE,"

                      *Defendants.*
-----------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that Tiffany Troy of Troy Law, PLLC hereby appears for Plaintiff DASHAWN JENKINS in the above-captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

    I certify that I am admitted and authorized to practice in this Court.

Dated:  Flushing, New York
          October 6, 2023

                                            Troy Law, PLLC

                                            */s/ Tiffany Troy*
                                            Tiffany Troy
                                            41-25 Kissena Boulevard
                                            Suite 110
                                            Flushing, NY 11355
                                            Tel: (718) 762-1324
                                            Email: troylaw@troypllc.com
                                            *Attorneys for Plaintiff*